STATE OF MAINE

YORK, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-98-208

*GAB-402 - 6/12/2000*

DENISE C. WATERHOUSE, et al.,

Plaintiffs

v.                                          ORDER

DENNIS I. SAWYER, JR., et al.,

Defendants

Following hearing, Plaintiff's Motion to Strike Purported Policy Amendments is Denied.

Green Mountain Insurance Co., Inc.'s Motion for Summary Judgment concerning its potential liability for underinsured motorist coverage is Denied. A dispute of material fact exists with respect to the intent of the parties concerning who would be covered by the insurance policy in question. *Apgar v. Commercial Union Ins. Co.*, 683 A.2d 497 (Me. 1996).

Dated:      June 12, 2000

G. Arthur Brennan
Justice, Superior Court

Gregory O. McCullough, Esq. - PL
William J. Kelleher, Esq. -   DEF (GREEN MOUNTAIN INSURANCE COMPANY, INC.)
Mark E. Dunlap, Esq. - DEF (ALLSTATE INSURANCE CO.)
James J. Shirley, Esq. - DEF (DENNIS I SAWYER, JR.)